In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-204 CR


____________________



ROY DALE FITZPATRICK, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 96644






MEMORANDUM OPINION


 Roy Dale Fitzpatrick was convicted and sentenced on an indictment for possession
of a controlled substance. Fitzpatrick filed a notice of appeal on May 11, 2006. The trial
court entered a certification of the defendant's right to appeal in which the court certified that
this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The trial court's certification has been provided to the Court of Appeals by the
district clerk.

 On May 19, 2006, we notified the parties that the appeal would be dismissed unless
an amended certification was filed within thirty days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 37.1. The record has not been supplemented
with an amended certification. Because a certification that shows the defendant has the right
of appeal has not been made part of the record, the appeal must be dismissed. See Tex. R.
App. P. 25.2(d).

 Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 _________________________________

 STEVE McKEITHEN 

 Chief Justice 


Opinion Delivered July 12, 2006

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.